In the Matter of the Estate of MURRY MILLER, Deceased. SAMUEL MILLER, Appellant; AMALIA M. MILLER, Respondent.

Argued April 13, 1949; decided June 3, 1949.

*Louis Stone* for appellant.

*Joseph F. Kosman* and *Harry Geist* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.